BOATMEN'S CREDIT CARD BANK,
d/b/a Mastercard and Visa,
Plaintiff/Respondent,

v.

William O. SCHWEITZER,
Defendant/Appellant.

No. 69493.

Missouri Court of Appeals,
Eastern District,
Division One.

Aug. 27, 1996.

Rehearing Denied Oct. 29, 1996.

William O. Schweitzer, St. Louis, pro se, defendant/appellant.

William F. Whealen, Jr., Miller & Steeno, P.C., Clayton, for plaintiff/respondent.

Before DOWD, P.J., and REINHARD and GARY M. GAERTNER, JJ.

*ORDER*

PER CURIAM.

Defendant appeals from a judgment for plaintiff for $9,433.19. We affirm. The judgment of the trial court is supported by substantial evidence and is not against the weight of the evidence; no error of law appears. An extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order affirming the judgment pursuant to Rule 84.16(b).

Lynda J. ALSUP, Appellant,

v.

WASHINGTON UNIVERSITY,
et al., Respondents.

No. 68638.

Missouri Court of Appeals,
Eastern District,
Division Two.

Aug. 27, 1996.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Oct. 17, 1996.

Application to Transfer Denied
Nov. 19, 1996.

J. Richard McEachern, Clayton, for appellant.

Doreen Graham–Powell, St. Louis, for respondents.

Before CRAHAN, P.J., and CRANDALL and DOWD, JJ.

PER CURIAM.

Plaintiff Lynda J. Alsup appeals from a judgment entered pursuant to a jury verdict in favor of defendants in a medical malpractice case. Plaintiff claims the trial court erred in sustaining defendants' objection to the admission of certain testimony. We have reviewed the briefs of the parties and the record on appeal and find no error in excluding the testimony. An extended opinion would have no precedential value. Accordingly, we affirm the judgment pursuant to Rule 84.16(b).